An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWRENCE DAVID FENNELL,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 64836

**FILED**

APR 1 0 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order denying a motion to modify sentence.[1]  Eighth Judicial District Court, Clark County; Michael Villani, Judge.

In his motion filed on November 1, 2013, appellant claimed the district court did not follow proper procedures or consider the factors for imposing the deadly weapon enhancement as outlined in NRS 193.165. Appellant's claims fell outside the narrow scope of claims permissible in a motion to modify or correct an illegal sentence. *See Edwards v. State*, 112 Nev. 704, 708, 918 P.2d 321, 324 (1996).  Therefore, without considering

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11537

the merits of any of the claims raised in the motion, we conclude that the district court did not err in denying the motion. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____ Pickering _____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:  Hon. Michael Villani, District Judge
     Lawrence David Fennell
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk